No. 88–5595.   ULMER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–5596.   CROSS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–5604.   ROGERS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–5608.   BREWER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–5613.   BERGER *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–5618.   MANDELL ET UX. *v.* UNITED STATES ARMY. C. A. 2d Cir.   Certiorari denied.

No. 88–5626.   RANKIN *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–5627.   SPENCE *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–5634.   KENDRICK *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–5638.   LIVINGSTON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88–82.   STARRETT CITY ASSOCIATES ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 88–162.   CLEVELAND BOARD OF EDUCATION *v.* LOUDERMILL.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 88–229.   DOW JONES & CO., INC., ET AL. *v.* SIMON ET AL. C. A. 2d Cir.   Certiorari denied.   JUSTICE STEVENS took no part in the consideration or decision of this petition.

JUSTICE WHITE, with whom JUSTICE BRENNAN and JUSTICE MARSHALL join, dissenting.

In *Nebraska Press Assn.* v. *Stuart*, 427 U. S. 539 (1976), we held that an order restraining the news media from reporting or